IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ROBERT DELAYO, and )<br>COLBY ATKINS. )<br>)<br>Defendant. )<br>) | CRIMINAL NO. 05-379 BB |

**ORDER FOR DESTRUCTION OR DISPOSAL OF FIREARMS EVIDENCE**

THIS MATTER having come before the Court on the motion of the United States for the disposal of firearm evidence obtained in the above-captioned cause by the Federal Bureau of Investigation (FBI), and the Court being fully advised, finds that the Motion is well taken, and

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that One (1) 20 gauge sawed-off shotgun, make and model unknown, as described by the United States' motion, be turned over to the care and control of the FBI for disposal or other purposes deemed appropriate by the FBI.

_____
UNITED STATES DISTRICT JUDGE