# UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
## VIOLATION OF SUPERVISION PROCEEDINGS
## MINUTE SHEET

| | | | |
|---|---|---|---|
| CR No. | 05-379-MV | USA vs. | Atkins |
| Date: | September 26, 2019 | Name of Deft: | Colby Atkins |
| | Before the Honorable | Martha Vázquez | |

| | | | |
|---|---|---|---|
| Time In/Out: | 11:00 a.m. / 11:45 a.m. | Total Time in Court (for JS10): | 45 minutes |
| Clerk: | Linda Romero | Court Reporter: | Carmela McAlister |
| AUSA: | Peter Eicker | Defendant's Counsel: | Carey Bhalla |
| VSR in: | Santa Fe, NM | Interpreter: | |
| Probation Officer: | Wade Miller | Sworn? Yes | No |

| | |
|---|---|
| | Defendant Sworn |
| | Defendant questioned re: physical/mental condition and whether under influence of alcohol, drugs, or any medication |
| | Court finds Defendant competent to proceed |
| X | Court advises Defendant of his/her rights |
| X | Court advises / confirms Defendant is aware of charges and possible penalty |
| X | Defendant **ADMITS** violation(s):   Mandatory – The defendant shall not possess a firearm or destructive device.  Mandatory – The defendant shall not illegally possess a controlled substance. |
| | Violation report waived |
| X | Proceed to sentencing |
| X | Supervision - **REINSTATED** |

| **SENTENCE IMPOSED** | Imprisonment (BOP): 6 months |
|---|---|

| Supervised Release: | 24 months | Probation: | | 500-Hour Drug Program |
|---|---|---|---|---|

### SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| X | Continue to pay off restitution balance | X | Substance abuse treatment program (waive confidentiality) |
| X | Substance abuse testing | X | Search of person, property |
| X | No psychoactive substances | X | No drug paraphernalia |
| X | Mental health treatment program (waive confidentiality) | X | Residential reentry center until able to secure apartment (placement with father is acceptable to Court) |
| X | Provide financial information | | |

| | OTHER: | |
|---|---|---|
| X | Advised of Right to Appeal | Waived Appeal Rights per Plea Agreement |
| X | Held in Custody | Voluntary Surrender |
| | Recommended place(s) of incarceration: | , IF ELIGIBLE. |
| OTHER COMMENTS | Court addresses defendant.  Defendant admits violations.  Defendant addresses Court.  Defense counsel addresses Court.  Probation Officer Wade Miller addresses Court.  Government counsel addresses Court.  Court addresses defendant and imposes sentence. | |