PROB 12C - (Rev. D/NM-8/2014)                                                                                               37892

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF NEW MEXICO

**Petition for Revocation of Supervised Release**

| | |
|---|---|
| Name of Offender: | Colby Atkins |
| Docket Number: | 1084 1:05CR00379 -001MV |
| Assigned Judge: | Honorable Martha Vázquez, United States District Judge |
| Date of Original Sentence: | 05/25/2006 |
| Original Offense: | Ct.1: 18 U.S.C. 2113(a)/(d): Armed Bank Robbery |
| | Ct.2: 18 U.S.C. 924 (c)(1)(A)(iii): Use of a Firearm During and in Relation to a Crime of Violence (Discharged) |
| Original Sentence: | BOP: 161 months; TSR: 3 years |
| Date Supervision Commenced: | 04/11/2017 |
| Date Supervision Expires: | 04/10/2020 |
| Other Court Action: | 09/13/2018: Request for Modifying the Conditions or Term of Supervision submitted to the court. |
| | 11/30/2018: Order Granting Petition to Modify Conditions of Probation and Order Amending Application of Interest. |
| | 05/23/2019: Petition for Revocation of Supervised Release for possession of firearms and illegal drugs. Six months custody followed by 24 months TSR. |

## PETITIONING THE COURT

To issue a warrant.

U.S. Probation Officer of the Court, Wade Miller, alleges the offender has violated the following condition(s) of supervised release.

| *Violation Type* | *Nature of Noncompliance* |
|---|---|
| SC | You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change. |
| | On or about December 1, 2019, the defendant's father (David Atkins) contacted probation officer Wade Miller and indicated that his son Colby Atkins had left his residence and he did not know where he was. On December 4, 2019, the United States Probation Office conducted a home contact to the last reported address and Colby was not present. His father, David Atkins confirmed Colby had not been at the home since at least December 1, 2019. The defendant failed to notify his probation officer of a change in residence and did not have permission from the |

      United States Probation Office to change his living arrangements.  The defendant has failed to contact his probation officer and his whereabouts are unknown.

The maximum statutory penalty:  3 years imprisonment; 5 years supervised release.
The revocation range of imprisonment:  5 months to 11 months.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on 12/05/2019.

| Submitted: *[signature]* | Approved: ☒ Approval |
|---|---|
| Wade Miller<br>U.S. Probation Officer<br>505-238-9411 | Peter Eicker<br>Assistant U.S. Attorney<br>505-346-7274 |