# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Karen B. Molzen

Preliminary/Detention - VSR

| | | | |
|---|---|---|---|
| Case Number: | 05cr379 MV | UNITED STATES vs. Atkins | |
| Hearing Date: | 12/13/2019 | Time In and Out: | 9:32-9:33; 9:46-9:48 |
| Courtroom Deputy: | E. Hernandez | Courtroom: | Rio Grande |
| Defendant: | Colby Atkins | Defendant's Counsel: | Joe Romero |
| AUSA: | David Cowen | Pretrial/Probation: | W. Miller |
| Interpreter: | N/A | Witness: | |

### Initial Appearance
- ☐ Defendant received a copy of charging document
- ☐ Court advises defendant(s) of possible penalties and all constitutional rights
- ☐ Defendant
- ☐ Government moves to detain          ☐ Government does not recommend detention
- ☐ Set for _____ on _____ @ _____

### Preliminary/Show Cause/Identity
- ☒ Defendant waives Preliminary Hearing
- ☒ Court finds probable cause          ☐ Court does not find probable cause

### Detention
- ☒ Defendant waives Detention Hearing
- ☐

### Custody Status
- ☒ Defendant will remain in custody
- ☐ Conditions

### Other
- ☒ Matter referred to District Judge for Final Revocation Hearing
- ☐