# CLERK'S MINUTE SHEET
### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Steven C. Yarbrough

Initial/Preliminary/Detention - VSR

| Case Number: | 05-379 MV | UNITED STATES vs. ATKINS | |
|---|---|---|---|
| Hearing Date: | 1/8/2020 | Time In and Out: | 10:17 am – 10:19 am |
| Courtroom Deputy: | K. Dapson | Courtroom: | Rio Grande |
| Defendant: | Colby Atkins | Defendant's Counsel: | Joe M. Romero, Jr. |
| AUSA: | Paul Mysliewic | Pretrial/Probation: | W. Miller |
| Interpreter: | | Witness: | |

## Initial Appearance

- ☐ Defendant received a copy of charging document
- ☐ Court advises defendant(s) of possible penalties and all constitutional rights
- ☐ Defendant wants Court appointed counsel

| ☐ Government moves to detain | ☒ Government does not recommend detention |
|---|---|

| ☐ Set for | on | @ |
|---|---|---|

## Preliminary/Show Cause/Identity

- ☒ Defendant waives Preliminary Hearing

| ☒ Court finds probable cause | ☐ Court does not find probable cause |
|---|---|

## Detention

- ☒ Defendant waives Detention Hearing
- ☐

## Custody Status

| ☒ Defendant  previously detained | |
|---|---|
| ☐ Conditions | |

## Other

- ☒ Matter referred to District Judge for Final Revocation Hearing
- ☐