|  |  |
|---|---|
| | UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO<br>**VIOLATION OF SUPERVISION PROCEEDINGS**<br>**MINUTE SHEET** |

| CR No. | 05-379-MV | USA vs. | Atkins |
|---|---|---|---|
| Date: | January 21, 2020 | Name of Deft: | Colby Atkins |
| | Before the Honorable | Martha Vázquez | |

| | | | |
|---|---|---|---|
| Time In/Out: | 9:40 a.m. / 10:35 a.m. | Total Time in Court (for JS10): | 55 minutes |
| Clerk: | Linda Romero | Court Reporter: | Carmela McAlister |
| AUSA: | Peter Eicker | Defendant's Counsel: | Joe M. Romero, Jr. |
| VSR in: | Santa Fe, NM | Interpreter: | |
| Probation Officer: | Wade Miller | Sworn? Yes | No |

| | |
|---|---|
| | Defendant Sworn |
| | Defendant questioned re: physical/mental condition and whether under influence of alcohol, drugs, or any medication |
| | Court finds Defendant competent to proceed |
| | Court advises Defendant of his/her rights |
| | Court advises / confirms Defendant is aware of charges and possible penalty |
| X | Defendant **ADMITS** violation(s): Standard – Defendant failed to notify his probation officer ten days before any change in residence, or 72 hours after. |
| X | Defendant **DENIES AND IS FOUND GUILTY BY PREPONDERANCE OF EVIDENCE** of violation(s): Mandatory – The defendant must not unlawfully possess a controlled substance (oxycodone). Mandatory – The defendant must not unlawfully possess a controlled substance (methamphetamine). Mandatory – The defendant must not commit another federal, state or local crime. |
| | Violation report waived |
| X | Proceed to sentencing |
| X | Supervision - **REINSTATED** |

| **SENTENCE IMPOSED** | Imprisonment (BOP): 4 months |
|---|---|
| Supervised Release: 26 months | Probation: | 500-Hour Drug Program |

| **SPECIAL CONDITIONS OF SUPERVISION** | | | |
|---|---|---|---|
| X | Inpatient and Outpatient substance abuse treatment programs (waive confidentiality) | X | Mental health treatment program (waive confidentiality) |
| X | Substance abuse testing | X | Search of person, property |
| X | No alcohol | X | No psychoactive substances |
| X | No drug paraphernalia | X | No new lines of credit |
| X | Credit check every 30 days | X | Provide requested financial information |
| X | Establish a savings | X | Residential reentry center for up to 6 months |
| X | OTHER: Inpatient treatment program immediately upon release from custody. Pay restitution balance. | | |
| X | Advised of Right to Appeal | | Waived Appeal Rights per Plea Agreement |
| X | Held in Custody | | Voluntary Surrender |

| | UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO<br>**VIOLATION OF SUPERVISION PROCEEDINGS**<br>**MINUTE SHEET** | |
|---|---|---|
| | Recommended place(s) of incarceration: | , IF ELIGIBLE. |
| OTHER COMMENTS | Court addresses defendant. Defendant admits first violation, denies the mandatory condition violations. Government calls Officer William Bolich, Pueblo of Sandia Police Department, direct examination by Mr. Eicker. Government Exhibits 1 to 8, admitted without objection. Court questions witness. Defense counsel addresses Court. Defendant addresses Court. Court addresses defendant. Probation Officer Wade Miller addresses defendant and Court. Court finds defendant guilty by preponderance of evidence. Court imposes sentence. | |