# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Laura Fashing

Initial Appearance (Revocation)

| | | | |
|---|---|---|---|
| Case Number: | CR 05-379 MV | UNITED STATES vs. ATKINS | |
| Hearing Date: | 8/11/2020 | Time In and Out: | 10:17-10:22 |
| Courtroom Deputy: | N. Maestas | Courtroom: | ABQ Zoom |
| Defendant: | Colby Atkins | Defendant's Counsel: | Kari Converse (for purposes of the Initial Appearance only) |
| AUSA: | Alex Uballez | Pretrial/Probation: | Wade Miller |
| Interpreter: | N/A | Witness: | |

## Initial Appearance

- [x] Defendant received a copy of charging document
- [x] Court advises defendant(s) of possible penalties and all constitutional rights
- [x] Defendant wants Court appointed counsel
- [x] Government moves to detain        [ ] Government does not recommend detention
- [x] Set for Preliminary Revocation/Detention Hearing    on Thursday, August 13, 2020    @ 9:30

## Preliminary/Show Cause/Identity

- [ ] Defendant
- [ ] Court finds probable cause        [ ] Court does not find probable cause

## Detention

- [ ] Defendant waives Detention Hearing
- [ ]

## Custody Status

- [x] Defendant detained pending hearing
- [ ] Conditions

## Other

- [x] Defendant waives personal presence at hearing/Court accepts Defendant's waiver
- [ ] Matter referred to      for Final Revocation Hearing
- [ ]